# No. 22-10386-C

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

EMIGDIO DE GRACIA,

Plaintiff/Appellee,

v.

ROYAL CARIBBEAN CRUISES LTD.,

Defendant/Appellant.

On Appeal from the United States District Court
for the Southern District of Florida

## APPELLANT ROYAL CARIBBEAN CRUISES LTD.'S
## UNOPPOSED MOTION TO DISMISS APPEAL

>Jerry D. Hamilton
>Michael J. Dono
>Evan S. Gutwein
>HAMILTON, MILLER & BIRTHISEL, LLP
>150 Southeast Second Avenue
>Suite 1200
>Miami, Florida 33131
>305-379-3686

*Attorneys for Royal Caribbean Cruises Ltd.*

*De Gracia v. Royal Caribbean Cruises Ltd.*
Case No. 22-10386

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, counsel for Appellant Royal Caribbean Cruises Ltd. ("RCL") files its Certificate of Interested Persons and Corporate Disclosure Statement and states:

### I. Interested Persons

RCL certifies that, to the best of its knowledge, the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations having an interest in the outcome of the case or appeal:

1. Chavez, Gilda M. (counsel for Appellant)

2. De Gracia, Emigdio (Plaintiff-Appellee)

3. Dono, Michael J. (counsel for Appellant)

4. Garcell, Jacqueline (counsel for Appellee)

5. Gutwein, Evan S. (counsel for Appellant)

6. The Honorable Paul C. Huck, United States District Judge

7. Hamilton, Jerry D. (counsel for Appellant)

8. Hamilton, Miller & Birthisel, LLP (counsel for Appellant)

9. Lipcon, Margulies & Winkleman, P.A. (counsel for Appellee)

10. The Honorable Jacqueline Becerra, U.S. Magistrate Judge

11. Perez, Luis Alexander (counsel for Appellee)

12. Royal Caribbean Cruises Ltd. (NYSE: RCL) (Defendant-Appellant)

## II.   Corporate Disclosure Statement

Royal Caribbean Cruises Ltd. (NYSE: RCL) is a publicly traded company, and no other publicly held corporation owns more than 10 percent of its stock.

Dated:   Dec. 19, 2022     HAMILTON, MILLER & BIRTHISEL, LLP

By:   *s/ Michael Dono*
Michael J. Dono

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

Appellant Royal Caribbean Cruises Ltd. ("RCL"), by and through its undersigned counsel, under 11th Circuit Rule 42-1(a) moves the Court to dismiss this appeal and states:

1. The parties to this appeal have settled their dispute.

2. The parties have agreed to dismissal of the appeal with prejudice.

3. The undersigned has conferred with counsel for Appellee and he consents to the dismissal of the appeal as stated herein.

Respectfully submitted,

Dated: December 19, 2022     By:   *s/Michael Dono*
Michael J. Dono
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131
305-379-3686
mdono@hamiltonmillerlaw.com

## Certificate of Compliance

This submission complies with the type-volume limitations of Federal Rule of Appellate Procedure 32 because it contains 75 words excluding the portions of the document excepted by Federal Rule of Appellate Procedure 32(f) and Eleventh Circuit Rule 32-4.

This submission complies with the type-face and style requirements of Federal Rule of Appellate Procedure 32(a) because it has been prepared in proportionally-spaced typeface in 14-point Century Schoolbook font.

> By: *s/ Michael Dono*
> Michael J. Dono

## Certificate of Service and Filing

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I also certify that the Response was electronically filed under Eleventh Circuit Rule 25–3 (a) using the Court's Electronic Case File (ECF) System on December 19, 2022.

                                 By: *s/ Michael Dono*
                                    Michael J. Dono